[No. 4389.]

## CRONIN V. THE CITY OF DENVER.

OPINION FOLLOWED.

This case is affirmed on the opinion in the case of Adams, et al. v Cronin, *ante* p. 488.

*Error to the County Court of Arapahoe County.*

Mr. MILTON SMITH for plaintiff in error.

Mr. H. M. ORAHOOD, Mr H. L. RITTER and Mr. N. B. BACHTELL for defendant in error.

*Per Curiam.*—In this action the only question before us is as to the constitutionality of an ordinance of the city of Denver, and a provision of the city charter upon which it is based, which were held valid in the case of *Frank Adams et al. v. Daniel Cronin, ante* p. 488. The judgment of the county court was to the same effect. The decision here is controlled by our decision in the Adams case *supra*, and since the judgment of the county court is in harmony with our views, it is affirmed.

*Affirmed.*